# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**CLIFFORD CARLISLE,**

    **Plaintiff,**

-vs-                                            No. 1:16-cv-00203-KG/SCY

**TAYLOR'S EQUIPMENT TRANSPORT, LLC**
**d/b/a LEADFOOT TRANSPORT and**
**DAVID RATNER**

    **Defendants.**

## ORDER FOR ADMISSIBILITY OF DIAGRAM AND PHOTOS

THIS MATTER came before the Court on Taylor's Equipment Transport, LLC, David Ratner, and Clifford Carlisle's Joint Motion for Admissibility of Diagram and Photos. The Court having reviewed the Joint Motion and being otherwise fully informed in the premises, finds:

The New Mexico State Police diagram and photographs attached as Exhibit A to the Joint Motion for Admissibility of Diagram and Photos are deemed admissible for trial.

SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

Approved by:

**RILEY, SHANE & KELLER, P.A.**

*/s/ Tyler J. Bates*
**MARK J. RILEY**
**TYLER J. BATES**
*Attorneys for Taylors Equipment and David Ratner*
3880 Osuna Road NE
Albuquerque, NM 87109
(505) 883-5030

and

**KENNARD RICHARD P.C.**

*/s/ Dennis L. Richard (approved via e-mail)*
**DENNIS L. RICHARD**
*Attorney for Clifford Carlisle*
85 N.E. Loop 410, Suite 603
San Antonio, TX 78216
(210) 314-5688

**BUTT THORNTON & BAEHR PC**

_____ (*CTI takes no position*)
**RAUL P. SEDILLO**
*Attorney for Corrales Trucking, Inc.*
Post Office Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777