# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CLIFFORD CARLISLE,**

      **Plaintiff,**

**-vs-**                         **No. 1:16-cv-00203-KG/SCY**

**TAYLOR'S EQUIPMENT TRANSPORT, LLC**
**d/b/a LEADFOOT TRANSPORT and**
**DAVID RATNER**

      **Defendants.**

## <u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE</u>

THIS MATTER came before the Court on the parties' Joint Motion for Dismissal with Prejudice. The Court having reviewed the Joint Motion and being otherwise fully informed in the premises, finds the Joint Motion well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED all claims for damages that were or could have been brought in this matter by Plaintiff or by David Ratner are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

**KENNARD RICHARD P.C.**

*/s/ telephonically approved*
**DENNIS L. RICHARD**
*Attorney for Clifford Carlisle*
85 N.E. Loop 410, Suite 603
San Antonio, TX 78216
(210) 314-5688
**RILEY, SHANE & KELLER, P.A.**

*/s/ Tyler J. Bates*
**MARK J. RILEY**
**TYLER J. BATES**
*Attorneys for Taylors Equipment and David Ratner*
3880 Osuna Road NE
Albuquerque, NM 87109
(505) 883-5030


**BUTT THORNTON & BAEHR PC**

*/s/ electronically approved*
**RAUL P. SEDILLO**
*Attorney for Corrales Trucking, Inc.*
Post Office Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777